An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: SHELLDEKAI HELFRICH,

No. 65566

PETER JASON HELFRICH,
Appellant,
vs.
THE HONORABLE ROBERT W. LANE,
DISTRICT JUDGE, TRACEY
HARRINGTON; AND THE STATE OF
NEVADA DIVISION OF CHILD AND
FAMILY SERVICES,
Respondents.



**FILED**

OCT 0 7 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order of the district court pertaining to the continued temporary placement of a minor child in protective custody. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Our review of this appeal reveals a jurisdictional defect. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 678 P.2d 1152 (1984). A temporary custody order entered in an action pursuant to Nevada Revised Statutes Chapter 432B is not an appealable determination. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *In re Temporary Custody of Five Minor Children*, 105 Nev. 441, 777 P.2d 901 (1989) (stating that no appeal may be taken from a temporary custody order subject to periodic mandatory review). The temporary nature of the district court's order is evident because it sets the next periodic review hearing for October 14,

14-33307

2014. It is therefore not an appealable determination. Accordingly, we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Robert W. Lane, District Judge
Peter Jason Helfrich
Nye County District Attorney
Attorney General/Las Vegas
Attorney General/Carson City
Nye County Clerk

---

[1] In light of this disposition, all pending motions are denied as moot.